FILED
OCT - 1 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CASE NO. 4:26CR00453 |
| JABRON CURRY, | ) | Title 18, United States Code, Sections 542, 545, 922(o)(1), and 924(a)(2) |
| Defendant. | ) | |

JUDGE RUIZ

COUNT 1
(Importation of Unregistered Firearm into the United States, 18 U.S.C. § 545)

The Grand Jury charges:

1. From on or about April 15, 2026, to on or about April 28, 2026, in the Northern District of Ohio, Eastern Division, Defendant JABRON CURRY willfully and knowingly imported and brought into the United States certain merchandise, specifically, AR-type conversion devices, contrary to law, and received, concealed, bought, sold, and in any manner facilitated the transportation and concealment of the merchandise after importation knowing the same to have been imported into the United States contrary to law, in violation of Title 18, United States Code, Section 545.

COUNT 2
(Entry of Goods by Means of False Statements, 18 U.S.C. § 542)

The Grand Jury further charges:

2. From on or about April 15, 2026, to on or about April 28, 2026, in the Northern District of Ohio, Eastern Division, Defendant JABRON CURRY willfully and knowingly entered and introduced, and attempted to enter and introduce, into the commerce of the United States,

imported merchandise, specifically, AR-type conversion devices, by means of a false and fraudulent invoice, declaration and statement which falsely and fraudulently stated that the packages contained "alloy mechanical watch," in violation of Title 18, United States Code, Section 542.

COUNT 3
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o)(1) and 924(a)(2))

The Grand Jury further charges:

3. On or about April 28, 2026, in the Northern District of Ohio, Eastern Division, Defendant JABRON CURRY knowingly possessed a machine gun, to wit: an AR-type conversion device, in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 545, 924(d)(1), 982(a)(2)(B), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 3 are incorporated herein by reference. As a result of the foregoing offenses, Defendant JABRON CURRY, shall forfeit to the United States any merchandise introduced into the United States, or the value thereof, in the violation charged in count 1; any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violations charged in counts 1 and 2; any and all firearms and ammunition involved in or used in the commission of the violation charged in count 3; including, but not limited to: a switch seized on April 28, 2026.

A TRUE BILL

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.